**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ASHLEY KEY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 4:26-cv-1406 |
| | ) | |
| v. | ) | Removed from the Circuit Court of |
| | ) | St. Charles County, Missouri |
| QUIKTRIP CORPORATION d/b/a | ) | Cause No. 2611-CC01091 |
| QUIKTRIP #654, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant, QuikTrip Corporation, by and through undersigned counsel, and hereby files this Notice of Removal of the above captioned action, originally filed in the Circuit Court of St. Charles County, Missouri, to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. § 1441, and in support thereof, respectfully states as follows:

1. On or about August 5, 2026, Plaintiff, Ashley Key, filed a Petition in the Circuit Court of St. Charles County, Missouri against Defendant QuikTrip Corporation d/b/a QuikTrip #654 for personal injury damages arising from an alleged injury sustained in a fall which allegedly occurred at a QuikTrip on or about July 22, 2025, in St. Charles County, Missouri (*See* Exhibit A, Plaintiff's Petition).

2. Plaintiff's lawsuit was assigned Cause No. 2611-CC01091 in St. Charles County, Missouri Circuit Court. A copy of the complete court file in Cause No. 2611-CC01091 is attached hereto as Exhibit B.

3. Upon information and belief, Plaintiff Ashley Key is a resident of the State of Missouri. (Exhibit A, ¶ 1). Therefore, for purposes of removal based on diversity of citizenship, Plaintiff is a citizen of the State of Missouri.

4. Defendant QuikTrip is a foreign corporation organized under the laws of the State of Oklahoma, with its principal place of business in the State of Oklahoma. Therefore, for purposes of removal based on diversity of citizenship, Defendant is a citizen of the State of Oklahoma. 28 U.S.C. §1332(c)(1); See also Hertz v. Friend, 559 U.S. 77, 92-93 (2010) (corporation is a citizen of state of incorporation and state in which its principal place of business is located).

5. The amount in controversy in this action, exclusive of interests and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) as indicated by the nature of the injuries and damages alleged in Plaintiff's Petition, as well as Plaintiff's pre-suit settlement demand to QuikTrip which was in excess of Seventy-Five Thousand Dollars.

6. Plaintiff obtained service on Defendant QuikTrip on or about August 26, 2026. Therefore, this Notice of Removal has been timely filed within thirty (30) days of service pursuant to 28 U.S.C. § 1446.

7. Because complete diversity of citizenship exists between Plaintiff and Defendant QuikTrip and because the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal to this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

8. Furthermore, venue is proper in the Eastern Division of this Court pursuant to Local Rule 2.07, as the cause of action arose from an incident in St. Charles County, Missouri which is within the jurisdiction of the Eastern Division of this Court. (Exhibit A, Plaintiff's Petition).

9. Defendant QuikTrip has given written notice to Plaintiff of this Notice of Removal being filed and will also file a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Charles County, State of Missouri, as required by Local Rule 2.03.

WHEREFORE Defendant, QUIKTRIP CORPORATION, respectfully requests that the above-referenced state court action be removed from the Circuit Court of St. Charles County to this Court and that this Court accept jurisdiction of the case, and for any other relief this Court deems just and proper.

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/John D. Cooney*
John D. Cooney, #61080MO
Jackie M. Kinder, #52810MO
William J. Fine, #77965MO
600 Kellwood Pkwy, Suite 120
St. Louis, MO 63107
(636) 798-0570
jcooney@wwbhlaw.com
jkinder@wwbhlaw.com
wfine@wwbhlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of September, 2026, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF System, which sent notice of electronic filing to all counsel of record.

PEDROLI & GAUTHIER, LLC
Eric A. Ruttencutter #38883
Robert H. Pedroli, Jr., #34257
130 S. Bemiston, Ste. 300
Clayton, MO 63105-1911
Mylegalworld@sbcglobal.net

***Attorneys for Plaintiff***

*/s/ John D. Cooney*